908

No. 87–7254. MURPHY v. HEDRICK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 87–7282. MACIOCE v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 88–121. BARNETTE ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–146. MATOS v. LEFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 88–158. PHOENIX CANADA OIL CO. LTD. v. TEXACO PETROLEUM CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–169. MORISON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–173. LINQUIST v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–205. CAMPBELL ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–255. GARRETT v. GENERAL MOTORS CORP. C. A. 8th Cir. Certiorari denied.

No. 88–313. HALLMARK CARDS, INC., ET AL. v. HARTFORD HOUSE, LTD., DBA BLUE MOUNTAIN ARTS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–329. BODNAR ET AL. v. SYNPOL, INC. C. A. 5th Cir. Certiorari denied.

No. 88–330. AMERICAN CYANAMID CO. v. ABBOT, A MINOR, WHO SUES BY HER MOTHER AND NEXT FRIEND, ABBOT. C. A. 4th Cir. Certiorari denied.

No. 88–331. LANE ET AL. v. DAVENPORT ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–332. REED v. MANNHALT. C. A. 9th Cir. Certiorari denied.